IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE RAIT FINANCIAL TRUST | : | Master File |
| SECURITIES LITIGATION | : | No 2:07-cv-03148-LDD |
| | : | |

## ORDER

AND NOW, this 3rd day of August 2009, it is hereby ORDERED that, on or before September 4, 2009, counsel shall address the issue of consistency between the class proposed by the Stipulation and Agreement of Settlement submitted by the parties and this Court's dismissal of Counts Four through Six in our December 22, 2008 Order. The Motion for Preliminary Approval of Settlement, Certification of the Class for Settlement Purposes, and Approval of Notice to the Class (Doc. Nos. 139, 140) remains under the Court's consideration.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.